

[No. 802-41561-1.   Division One—Panel 2.   December 20, 1971.]

WILLIAM LAWRENCE BLACK, JR., *et al.*, *Appellants*, v. EVERGREEN LAND DEVELOPERS, INC., *et al.*, *Respondents*.

[No. 553-2.   Division Two.   December 22, 1971.]

DARRELL JOHN DEDO *et al.*, *Respondents*, v. JACOB J. DAVID *et al.*, *Appellants*, TOM MACPHERSON REALTY, *Respondent*.

[No. 236-3.   Division Three.   December 22, 1971.]

ROGER B. SCOTT, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

[No. 360-3.   Division Three.   December 22, 1971.]

SHINN IRRIGATION EQUIPMENT, INC., *Appellant*, v. MARION C. MOORE *et al.*, *Respondents*.

